UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01974
   DAVID CABRERE

                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-1158

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/30/08 .

   2.  The case was dismissed without confirmation, 03/14/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------

         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED     OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00        .00        .00
PRINCIPAL PAID          .00        .00         .00        .00        .00
INTEREST PAID           .00        .00         .00        .00        .00
TOTAL PAID              .00        .00         .00        .00        .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 06/25/08               /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                                 PAGE  2
        CASE NO. 08 B 01974 DAVID CABRERE
```